# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF FLORIDA

### EMPLOYMENT DISCRIMINATION COMPLAINT FOR PRO SE LITIGANTS IN ACTIONS FILED UNDER
42 U.S.C. § 2000e, *et seq.*, (Title VII of the Civil Rights Act)
29 U.S.C. § 621, *et seq.*, (Age Discrimination in Employment Act); or
42 U.S.C. § 12112, *et seq.*, (Americans with Disabilities Act)

__Marcus Moton__,

*(Write the full Name of each Plaintiff who is filing this complaint. If the names of all the Plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

v.

__Skanska USA Civil Southeast__,

*(Write the fill name of each Defendant who is being sued. If the names of all the Defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

3:20cv5950 - MCR-EMT

Case No.: 510-2018-04822
*(To be filled in by the Clerk's Office)*

**Jury Trial Requested?**
☒ YES  ☐ NO

## I. PARTIES TO THIS COMPLAINT

A. Plaintiff

1. Plaintiff's Name: Marcus Moton

    Address: 275 Harrison Ave

    City, State, and Zip Code: Pensacola, Fl, 32505

    Telephone: 850 529 5580 *(Home)* _____ *(Cell)*

2. Plaintiff's Name: _____

    Address: _____

    City, State, and Zip Code: _____

    Telephone: _____ *(Home)* _____ *(Cell)*

    *(Provide this information for any additional Plaintiffs in this case by attaching an additional page, as needed.)*

B. Defendant(s)

1. Defendant's Name: Kelly Chevalier

    Name of Employer *(if relevant)*: Skanska

    Address: _____

    City, State, and Zip Code: _____

2. Defendant's Name: __Craig Moyer__

   Name of Employer *(if relevant)*: __Skanska__

   Address: _____

   _____

   City, State, and Zip Code: _____

   *(Attach a page to provide this information for any additional Defendants.)*

## II. BASIS FOR JURSIDICTION

This case is brought for discrimination in employment pursuant to:

*(Check all that apply)*

☑ Title VII of the Civil Rights Act of 1964, as codified, 42 U.S.C. § 2000e - § 2000e-17 *(race, color, gender, religion, national origin)* ***(Note: To bring a federal lawsuit under Title VII, you must first obtain a Notice of Right to Sue letter from the Equal Employment Opportunity Commission.)***

☐ Age Discrimination in Employment Act of 1967, as codified, 29 U.S.C. § 621 to § 634. ***(Note: To bring a federal lawsuit under the Age Discrimination in Employment Act, you must first file a charge with the Equal Employment Opportunity Commission.)***

☐ Americans with Disabilities Act of 1990 [A.D.A.], as codified, 42 U.S.C. § 12112 to § 12117. ***(Note: To bring a federal lawsuit under the A.D.A.,***

*you must first obtain a Notice of Right to Sue letter from the Equal Employment Opportunity Commission.)*

☑ Other Federal Law *(be specific):* Safety rights and policies.

☐ Relevant State Law *(specify, if known):* _____

☐ Relevant City or County Law *(specify, if known):* _____

## III. STATEMENT OF CLAIM

Write a short and plain statement of your claim. Do not make legal arguments or quote from cases. State the facts which show what happened, as well as where and when it happened. State how each Defendant was involved and explain what a Defendant did or did not do. Identify how each named Defendant caused you harm or violated federal law. Write each statement in numbered paragraphs, limited as far as practicable to a single event or incident. If more than one claim is asserted, number each claim, and ensure that a short and plain statement of facts supporting each claim is included in the facts alleged. Attach no more than two (2) additional pages to state your claim. Statement - Attach - Exhibit A Exhibit B, C, D are in the

**Statement of Claim, Continued** *(Page ___ of ___)*

Exhibit A, Reponse to position Statement.

A. The discriminatory conduct at issue includes (*check all that apply*):

☐ Failure to hire

☒ Termination of employment

☒ Failure to promote

☐ Failure to accommodate disability

☐ Unequal terms and conditions of employment

☒ Retaliation

☐ Other acts *(specify)*: _____

*(**ATTENTION: Only those grounds raised in the charge filed with the Equal Employment Opportunity Commission may be considered by the federal district court under the federal employment discrimination statutes.**)*

B. The alleged discriminatory acts occurred on: June 14, 2018

☒ Plaintiff sought employment with Defendant on _____ or

☐ Was employed by Defendant from 2017 until June 15, 2018

C. The location where Plaintiff was employed or sought employment was:

Address: 2132 Barrancas Ave

City, State, and Zip Code: Pensacola, Fl, 32505

## IV. EXHAUSTION OF FEDERAL ADMINISTRATIVE REMEDIES

A. Plaintiff filed charges against Defendant with the Equal Employment Opportunity Commission or the Florida Commission on Human Rights on: **June 16, 2018**

B. Respondent(s) named on the charging document were: **Kelly Chevalier, Sabastian, Craig Moyer, Rubio**
   *(If possible, attach a copy of the charges filed.)*

C. The Equal Employment Opportunity Commission: *(check one)*

   ☐ Has not issued a Notice of Right to Sue letter.

   ☑ Issued a Notice of Right to Sue letter which I received on **8/7/2020**

   *(Note: You must attach a copy of the Notice of Right to Sue letter received from the Equal Employment Opportunity Commission to this complaint.)*

D. As claimed in the Equal Employment Opportunity Commission charging document, Defendant discriminated against Plaintiff because of Plaintiff's:

   ☐ Gender/Sex *(please identify)* _____

   ☐ Race *(please identify)* **Was paid Less because of Race**

   ☐ Color *(please identify)* _____

   ☐ Religion *(please identify)* _____

   ☐ National origin *(please identify)* **Was Stereotype as Lazy Due to National Origin which made it unfair for equal employment.**

☐ Disability/Perceived Disability *(please identify)* _____

☐ Age *(please provide your year of birth only if you asserting a claim for age discrimination)* _____

☐ Other *(please identify)* Retaliation, employer did not use policy safety but when I stated the issue I was fired.

E. Plaintiff:

☐ Filed charges concerning this discrimination with the Florida Commission on Human Relations on ; or   EEOC

☐ Did not file.

F. If asserting a claim for age discrimination, please indicate the amount of time that has elapsed since filing your charge of age discrimination with the Equal Employment Opportunity Commission regarding the Defendant's alleged discriminatory conduct *(check one)*:

☐ 60 days ore more have elapsed.

☐ Less than 60 days have elapsed.

G. If this is a disability-related claim, did Defendant deny a request for a reasonable accommodation?   ☐ Yes   ☐ No

Explain: _____

H. The facts as set forth above in Section III of this complaint:

☐ Are still being committed by Defendant against Plaintiff

☑ Are no longer being committed by Defendant against Plaintiff

I. Plaintiff:

☐ Still works for Defendant

☑ No longer works for Defendant

☐ Was not hired

## V. RELIEF

Briefly state what damages you are requesting and include the amounts of any actual damages claimed and the basis for these amounts. Include any punitive or exemplary damages requested and state the reasons you believe you are entitled to such damages:

- Lost Wages - Depression - Bills behind
- Stress of Lossing Employment
- Stress for being fired and forced to work in dangerous work conditions.
- Denigration - Not taking me Serious as Hispanic Co workers.
- They did not approve my OJT Carpenter Certificate for equal pay with hispanics.

Plaintiff also requests that the Court grant the following relief to Plaintiff:

☐ Defendant be directed to employ Plaintiff

☐ Defendant be directed to re-employ Plaintiff

☑ Defendant be directed to promote Plaintiff

☑ Defendant be directed to Back pay from time I first started Employment.

☑ Plaintiff seeks costs and fees involved in litigating this case and such other relief as may be appropriate, including attorney's fees, if applicable.

## VI. CERTIFICATION

As required by Federal Rule of Civil Procedure 11, I certify by signing below that to the best of my knowledge, information, and belief, this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a non-frivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

I agree to timely notify the Clerk's Office if there is any change to my mailing address. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date: 11/20/2020   Plaintiff's Signature: _____

Printed Name of Plaintiff: Marcus Moton

Address: 275 Harrison Ave

E-Mail Address: Marcusgoals4@Gmail.com

Telephone Number: 850-529-5580

Due to turning in Documents Late. I was in Jail from October 25, 2020 to November 17, 2020. I have documents to show.