**WARRANT/OTTIC SERVED**
REPORT NO:  ECSO20ARR012595                    **SERVICE RETURN**                    **ESCAMBIA COUNTY SHERIFF'S OFFICE**

OCT 25 20 03:16

| Jail Booking No | Offense No | Other No | OBTS |
|---|---|---|---|
| 20-010767 | | 20287CIR | |

**[ SUSPECT ]**

| Last | First | Middle | Title | Race | Sex | DOB | Age | Hgt | Wgt |
|---|---|---|---|---|---|---|---|---|---|
| MOTON | MARCUS | IRWIN | | B | M | 1/15/1987 | 33 | 6'00" | 200 |

| Eyes | Hair | MNI Number | SSN | I.D. No. | St | Type | OCA / Agency ID |
|---|---|---|---|---|---|---|---|
| BRO | BRO | ECSO01MNI013193 | 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 | M350549870150 | FL | DL | 175711 |

Birth Location: City: PENSACOLA County: ESCAMBIA State: FL Nation: US Citizenship:
Address
    275 HARRISON AV PENSACOLA FL 325 Phone: (850)503-6865
Occupations (Current/Last Known is Listed First)
    Business: FEDEX, Job Title: , Entered: 6/21/2019

    Business: UNEMPLOYED, Job Title: , Entered: 2/4/2011
            Suite:
    Business: PENSACOLA JUNIOR HIGH SCHOOL, Job Title: STUDENT, Entered: 8/11/2006
            Suite:
    Business: PENSACOLA HIGH SCHOOL, Job Title: STUDENT, Entered: 3/21/2003
            Suite:
    Business: WARRINGTON MIDDLE, Job Title: STUDENT, Entered: 5/2/2001
            Suite:
    Business: WARRINGTON MIDDLE, Job Title: STUDENT, Entered: 5/2/2001
            Suite:
Aliases (Last, First Middie Title DOB)
    MOTON, MARCUS IRWIN  11/5/1987
Street Names
    * none found in MNI *

**[ INCIDENT INFORMATION ]**

Occurred Date Range:  10/15/2020          to                    Lat / Long
No.          Di    Street                    Apt/Lot  City              ST    Zip          (GEO)
                                                                                            - - -

**[ STATEMENT OF PROBABLE CAUSE / NARRATIVE ]**


        ***BOND REVOKED***

        (CARRYING CONCEALED WEAPON-FIREARM)

_____
Signature  (Arresting Officer)              **GLASS, JONATHAN PAUL JR**          358
                                            Name                                  ID/SSN

Subscribed and sworn to (or affirmed) before me this 25 day of    October    A.D., 2020 by   J Glass
who is personally known to me or has produced    ECSo ID                    as identification.

_____
Signature              _____ Notary Public      X LEO          _____ CO

Commission No: _____          My Commission Expires _____

ECSO20ARR012595      Printed On: 10/25/2020 3:02:27 AM    Page 1 of 3          [LNSTOUT 10/15/2020 09:13]




# ESCAMBIA COUNTY CORRECTIONS
# MOTON, MARCUS IRWIN
### Property Report

| Book No:ECC20JBN010767 | MNI No:ECSO01MNI013193 | Cell No:ECSO*TANK*T*003 | DOB: 01/15/1987 |
|---|---|---|---|



## Kept by Inmate

| Sock(s) | Qty: 2 | BLK | |
|---|---|---|---|
| Received: 10/25/2020 03:26 | By: KAGARISE, WILLIAM | | To: Kept by Inmate |

## PROP-V082

| Bag Reserved | Qty: 1 | V082 | |
|---|---|---|---|
| Received: 10/25/2020 03:26 | By: KAGARISE, WILLIAM | | To: PROP-V082 |
| Belt | Qty: 1 | BLK | |
| Received: 10/25/2020 03:26 | By: KAGARISE, WILLIAM | | To: PROP-V082 |
| Shirt(s) | Qty: 2 | 1-WHT W/ LOGO / 1-WHT T | |
| Received: 10/25/2020 03:26 | By: KAGARISE, WILLIAM | | To: PROP-V082 |
| Pants | Qty: 1 | BLK | |
| Received: 10/25/2020 03:26 | By: KAGARISE, WILLIAM | | To: PROP-V082 |
| Shoes | Qty: 2 | MULTI COLOR | |
| Received: 10/25/2020 03:26 | By: KAGARISE, WILLIAM | | To: PROP-V082 |
| Earring(s) Other | Qty: 2 | G/T W/CS | |
| Received: 10/25/2020 03:26 | By: KAGARISE, WILLIAM | | To: PROP-V082 |
| Watch | Qty: 1 | G/T | |
| Received: 10/25/2020 03:26 | By: KAGARISE, WILLIAM | | To: PROP-V082 |
| Wallet | Qty: 1 | BLK | |
| Received: 10/25/2020 03:26 | By: KAGARISE, WILLIAM | | To: PROP-V082 |
| Cell Phone | Qty: 1 | BLUE W/ SCRATCHES W/ BLK CASE | |
| Received: 10/25/2020 03:26 | By: KAGARISE, WILLIAM | | To: PROP-V082 |
| Drivers License | Qty: 1 | FL | |
| Received: 10/25/2020 03:26 | By: KAGARISE, WILLIAM | | To: PROP-V082 |
| Other | Qty: 8 | LOTTO TICKETS | |
| Received: 10/25/2020 03:26 | By: KAGARISE, WILLIAM | | To: PROP-V082 |
| Other | Qty: 1 | BLUE COMB | |
| Received: 10/25/2020 03:26 | By: KAGARISE, WILLIAM | | To: PROP-V082 |
| Other | Qty: 1 | GRN PENCIL | |
| Received: 10/25/2020 03:26 | By: KAGARISE, WILLIAM | | To: PROP-V082 |

EEOC Form 161 (11/16)

## U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

## DISMISSAL AND NOTICE OF RIGHTS

| To: | Marcus I. Moton<br>8800 Pineforest Road<br>Apartment 6303<br>Pensacola, FL 32534 | From: | Mobile Local Office<br>63 S Royal Street<br>Suite 504<br>Mobile, AL 36602 |
|---|---|---|---|

|  | ☐ | *On behalf of person(s) aggrieved whose identity is*<br>*CONFIDENTIAL (29 CFR §1601.7(a))* | | |
|---|---|---|---|---|
| EEOC Charge No. | | EEOC Representative | | Telephone No. |
| 510-2018-04822 | | **ARLENE A. GORCEY,**<br>Investigator | | (251) 690-2177 |

**THE EEOC IS CLOSING ITS FILE ON THIS CHARGE FOR THE FOLLOWING REASON:**

☐ The facts alleged in the charge fail to state a claim under any of the statutes enforced by the EEOC.

☐ Your allegations did not involve a disability as defined by the Americans With Disabilities Act.

☐ The Respondent employs less than the required number of employees or is not otherwise covered by the statutes.

☐ Your charge was not timely filed with EEOC; in other words, you waited too long after the date(s) of the alleged discrimination to file your charge

☒ The EEOC issues the following determination: Based upon its investigation, the EEOC is unable to conclude that the information obtained establishes violations of the statutes. This does not certify that the respondent is in compliance with the statutes. No finding is made as to any other issues that might be construed as having been raised by this charge.

☐ The EEOC has adopted the findings of the state or local fair employment practices agency that investigated this charge.

☐ Other *(briefly state)*

### - NOTICE OF SUIT RIGHTS -
*(See the additional information attached to this form.)*

**Title VII, the Americans with Disabilities Act, the Genetic Information Nondiscrimination Act, or the Age Discrimination in Employment Act:** This will be the only notice of dismissal and of your right to sue that we will send you. You may file a lawsuit against the respondent(s) under federal law based on this charge in federal or state court. Your lawsuit **must be filed WITHIN 90 DAYS of your receipt of this notice**; or your right to sue based on this charge will be lost. (The time limit for filing suit based on a claim under state law may be different.)

**Equal Pay Act (EPA):** EPA suits must be filed in federal or state court within 2 years (3 years for willful violations) of the alleged EPA underpayment. This means that **backpay due for any violations that occurred more than 2 years (3 years)** before you file suit may not be collectible.

On behalf of the Commission

*Erika LaCour*

| Enclosures(s) | **Erika LaCour,**<br>**Local Office Director** | 08-07-2020<br>*(Date Mailed)* |
|---|---|---|

cc: **SKANSKA USA, INC.**
**c/o Katherine Nyquist, Esq.**
**1300 IDS CENTER**
**80 South 8th Street**
**Minneapolis, MN 55402-2136**

EEOC Form 5 (11/09)

| AMENDED CHARGE OF DISCRIMINATION<br>This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form. | Charge Presented To:<br>☐ FEPA<br>☒ EEOC | Agency(ies) Charge No(s):<br>510-2018-04822 |
|---|---|---|

| Florida Commission On Human Relations | and EEOC |
|---|---|
| State or local Agency, if any | |

| Name (indicate Mr., Ms., Mrs.)<br>Mr. Marcus I. Moton | Home Phone (Incl Area Code)<br>(850) 516-2767 | Date of Birth<br>1987 |
|---|---|---|

Street Address                                          City, State and ZIP Code
275 Harrison Avenue, Pensacola, FL 32505

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I Believe Discriminated Against Me or Others. (If more than two, list under PARTICULARS below.)

| Name<br>SKANSKA USA CIVIL SOUTH EAST | No. Employees, Members<br>15 - 100 | Phone No. (Include Area Code)<br>(850) 635-0776 |
|---|---|---|

Street Address                                          City, State and ZIP Code
2132 Barrancas Avenue, Pensacola, FL 32502

| Name | No. Employees, Members | Phone No. (Include Area Code) |
|---|---|---|

Street Address                                          City, State and ZIP Code

| DISCRIMINATION BASED ON (Check appropriate box(es).) | DATE(S) DISCRIMINATION TOOK PLACE |
|---|---|
| ☒ RACE  ☐ COLOR  ☐ SEX  ☐ RELIGION  ☒ NATIONAL ORIGIN<br>☐ RETALIATION  ☐ AGE  ☐ DISABILITY  ☐ GENETIC INFORMATION<br>☐ OTHER (Specify) | Earliest: 02-01-2017   Latest: 06-16-2018<br>☐ CONTINUING ACTION |

THE PARTICULARS ARE (If additional paper is needed, attach extra sheet(s)):

I am Black. I began working for the Respondent in February 2017, as a Laborer. Most recently I worked as a Journeyman Carpenter. I was terminated on June 15, 2018. I was terminated because of my race.

During my time of employment, I was subjected to different wages than Hispanic, similarly situated coworkers. When I asked for a pay increase, I was told by Superintendent Kelly (LNU) she was not going to give me a raise. My employment was terminated two months later.

I have been discriminated against in violation of Title VII of the Civil Rights Act of 1964, as amended.

EEOC No.

NOV 2 8 2018

| I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | NOTARY – When necessary for State and Local Agency Requirements<br>RECEIVED |
|---|---|
| I declare under penalty of perjury that the above is true and correct. | I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.<br>SIGNATURE OF COMPLAINANT |
| 11/26/2018<br>Date          Charging Party Signature | SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE<br>(month, day, year) |

Exhibt A

2/8/2012

Marcus Moton
RESPONSE TO POSITION STATEMENT

Marcus Moton v. Skanska USA Civil(Southeast) Inc
Charge No. 510-2018-04822

On February 21, 2017, I Marcus Moton was hired as an Labor in the precast yard of
the PBB Project. My starting pay was $11.00 an hour. My work title was an labor but
was doing work that included all types of different types trades: Building wooding forms
to make foundations for the pile bed, trophy bed, bath tub bed and sidewalk bed. All
the beds were eventually used to perform production within the company goals to work
on the PBB Bridge project.
I was one of the first employees hired on the PBB Project.
After 5 months I was giving a raise to $13.00 an hour, as to this point of my time on the
PBB Project most of the foundation was completed and the precast yard was an heavy
work place estimated at 300 or more employees.
I was ordered to work in Sabastian crew which was about 3 blacks 2 whites and the
rest was Mexican employees which was making 9 to 10 times more and we all was
doing the same work.
After I found out about there being an OJT program I wanted to join for carpenter
so I can better myself and make more money. They game me a hard time trying to join
at first, in September 2017 I was approached
by Kelly Chevalier, she asked did I want to be in the OJT Program for carpenter but
then told me that there is no guaranteed a pay raise.
But I still joined because I felt she was trying to discourage me.
During the time in OJT I did all kinds of trades which included: building blackouts, poor
and finish concrete mud, cutting plywood and 2'4" wood with skill saw, cutting steel
with grinder, Chop saw to cut steel and concrete, Steal Form work, Tie steel, Climb 30
feet up steel, Rigging, Drills, Man lift operator.
I had to  write down and report all my hours of each trade skill that I was doing at the
time during the OJT to my
super intended Kelly, everyday until I completed the training which was about 4
months.
After I completed the OJT program I was giving an hands on test, to build a sawhorse
and once past and I received me
certificate my title was changed to Journeyman Carpenter at a pay rate of 14.50.
A couple months later I found two Mexicans check stubs in the parking lot that worked
in the trophy bed area with me making $20.00
hour to my $14.50. This was very depressing.
Sabastian, my Forman at the time said he will try to get me equal pay to them at the
time but never did I even ask my superintended

Kelly Chevalier, but she said I was not worthy of a pay raise because I was absent one day.
Eventually I went to Craig Moyer for an equal pay to my coworkers, be he told me I to ask my foreman to put it in.
They was giving me the run around.
I was experiencing denigration in the time I was an employee at Skanska.

**B**

Exhibit

The employee reprimand notice was never brought to my attention on 3/12/18. I was mention I was getting suspended but never got an warning stated. I never seen the employee reprimand notice to accepted or signed any documents related to the write up; and because Kelly, (who wrote up me with two other employees) was not present on the job site the day of 3/12/18 so its evidently she was not present to know that we was giving permission to leave early I didn't feel I was guilty to this matter. Our work shift was 7am to 330pm or if the Forman in charged of our work area give us permission.
Me and two other employees was told we could leave early from our foreman Oscar, so we cleaned our area and proceeded to leave, no superintendent was present on the day of 3/12/18.

**C**

Exhibit

The employee reprimand notice was never brought to my attention on 6/6/18
I was on Vacation for a week 6/31/18 - 6/7/18. I reported to be back on the day of 6/7/18.
I was mention I was getting suspended but never got an warning stated.
I never seen the employee reprimand notice to accepted or signed
any documents related to the write up.

**D**

Exhibit

The Termination Document was never brought to my attention on 6/14/18.
On the position statement it states I was hiding in the conex from the rain on 6/14/18. This is 100% false allegations. I was trying to protect myself from the bad stormy weather from 12:30 to 4pm. Once I seen lighting and heard thunder the first time, I took cover in the best place possible at the time which was the connex because all Skanska offices and employee vehicles are about a quarter mile away from the precast yard. On the precast yard we work around rebar, cranes, metal forms, rails, extension cords, power supply, Concrete walls with rebar in them, flooded areas due to uneven foundation.
The connex was the best place to be during the storm from all hazards.
While I was in the connex I was approached by a superintended by the name of Rubio, he ask me to get out the connex and come help poor concrete while it was still storming. I responded no because of the danger from the weather, He forced me to get off the precast yard soon after.
Kelly was on the other side of the wall with the concrete truck company so she did not know I was sent home.

**FDOT**

### State of Florida Department of Transportation

# Certificate of Training

This is to certify that ___Marcus Morton I___

has completed the prescribed on-the-job training as a

___Carpenter___

Financial Project Number 409334-1-52-01

Federal Aid Project Number 4221091C

Contract Number E3N51

Escambia & Santa Rosa Counties

This Program is Approved By

Florida Department of Transportation

And

Federal Highway Administration

Date ___February 15, 2018___

District Contract Compliance Manager

District Construction Engineer

Exhibit A

Exhibit A

Exhibit A

Dispear C
Check
Stub

**SKANSKA USA CIVIL SOUTHEAST**
295 BENDIX ROAD, SUITE 400
VIRGINIA BEACH VA 23452

757 420-4140

| Emp No | Employee Name | Pay Period | Co | Cre | D |
|---|---|---|---|---|---|
| 449706 | RAMIREZ, WILLIAM CASI | 4/16/18 - 4/22/18 | 04001 | | |

## EARNINGS AND BENEFITS

| Description | Hours | Rate | Current Amount | YTD Amount |
|---|---|---|---|---|
| Reg-Job Cost Carpenter Journeyman | 40.00 | 20.000 | 800.00 | 13,490.00 |
| OT-Job Cost Carpenter Journeyman | 24.00 | 30.000 | 720.00 | 8,880.00 |



**SKANSKA USA CIVIL SOUTHEAST**
295 BENDIX ROAD, SUITE 400
VIRGINIA BEACH VA 23452

757 420-4140

| Emp No | Employee Name | Pay Period | Co | Crew | BU/Last Job | Posi... |
|---|---|---|---|---|---|---|
| 1208755 | TORRES, JOSE E | 4/23/18 - 4/29/18 | 04001 | . | 3 MILE PRECAS | Carpenter Journeyman |

**EARNINGS AND BENEFITS** — **DEDUCTIONS AND TAXES**

| Description | Hours | Rate | Current Amount | YTD Amount | Description | Current Amount |
|---|---|---|---|---|---|---|
| Reg-Job Cost | | | | 12,590.00 | — Gross — | 1,100.00 |
| Carpenter Journeyman | 40.00 | 20.000 | 800.00 | | Federal Income Tax | 95.56 |
| OT-Job Cost | | | | 5,130.00 | Federal FICA Withheld | 68.20 |
| Carpenter Journeyman | 10.00 | 30.000 | 300.00 | | Federal Medicare Withheld | 15.95 |
| | | | | | 401K SE Hrly | 44.00 |

**SKANSKA USA CIVIL SOUTHEAST**
295 BENDIX ROAD, SUITE 400
VIRGINIA BEACH VA 23452

757 420-4140

| Emp No | Employee Name | Pay Period | Co | Crew | BU/Last Job | Position/Title |
|---|---|---|---|---|---|---|
| 449706 | RAMIREZ, WILLIAM CASI | 4/16/18 - 4/22/18 | 04001 | . | 3 MILE PRECAS | Carpenter Journeyman |

**EARNINGS AND BENEFITS** — **DEDUCTIONS AND TAXES**

| Des... | Hours | Rate | Current Amount | YTD Amount | Description | Current Amount |
|---|---|---|---|---|---|---|
| | | | | 13,490.00 | — Gross — | 1,520.00 |
| ...n | 40.00 | 20.000 | 800.00 | | Federal Income Tax | 166.21 |
| ...n | 24.00 | 30.000 | 720.00 | 8,880.00 | Federal FICA Withheld | 91.87 |
| | | | | | Federal Medicare Withheld | 21.49 |
| | | | | | PPOE-E | 30.00 |
| | | | | | Den-E | 6.50 |
| | | | | | Vis-E | 1.69 |
| | | | | | 401K SE Hrly | 60.80 |





The Weather Channel
Planning on the go?
FREE in Google Play                                GET

77° Pensacola, FL

You are offline, some features may not be supported.

**Pensacola, FL Hourly Weather**
2:06 pm CDT







Exhibit D





https://weather.com/weather

The Weather Channel

73° Pensacola, FL

#FURNITUREGOALS SHOP NOW

ROOMSTOGO

Light Rain with Thunder in the area. View Radar

updated a moment ago

4 pm
**74°**
Thunderstorms
Feels Like 74°
—72°

Humidity: 90%
Wind: SSW 5 mph
Dew Pt.: --
UV Index: 3 of 10

Download App

78°
74°
74°
75°

4 pm  75%
5 pm  45%
6 pm  20%
7 pm  15%

**YOUR WEATHER TIMELINE**

Tonight

14 Today





Case 3:20-cv-05950-MCR-EMT   Document 1-1   Filed 11/20/20   Page 14 of 14

Exhibit
D

Exhibit
D

Next following day 6/15/2018 Kelly Chevalier fired me after I explained to her I was scared. I was still fired. She accusing me to poor working performances.
(I have Evidence from screen shots of the weather from www.Weather.com with time stamps of dates and time and video of thunder.)
All these documents Skanska presents in the Position Statement are not legit because I did not sign any of them because they wasn't present at the time they say the incident occurred.