UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

MARCUS MOTON,
    Plaintiff,

vs.                                  Case No.: 3:20cv5950/MCR/EMT

SKANSKA USA CIVIL
SOUTHEAST, INC.,
    Defendant.
_____/

## ORDER TO SHOW CAUSE

Plaintiff, who is proceeding pro se and in forma pauperis, filed an employment discrimination complaint pursuant to 42 U.S.C. § 2000e, *et seq.* (Title VII of the Civil Rights Act) (ECF No. 1).   On December 3, 2020, the undersigned entered an order pointing out deficiencies in Plaintiff's complaint, including that it was not filed on the court-approved form (ECF No. 4).   *See* N.D. Fla. Loc. R. 5.7(A) (requiring a pro se plaintiff to file an employment discrimination complaint on the court-approved form and stating that the Court need not—and ordinarily will not—consider a complaint not filed on the proper form).   The undersigned directed the clerk of court to forward Plaintiff an employment discrimination complaint form, allowed Plaintiff thirty days in which to file an amended complaint, and advised that failure to do could result in a recommendation that the action be dismissed for failure

Case No.: 3:20cv5950/MCR/EMT

to comply with an order of the court (ECF No. 4). More than thirty days have passed, and Plaintiff has not complied.

Accordingly, it is **ORDERED:**

1. Within thirty days of the date of this order, Plaintiff must show cause, if any, why this case should not be dismissed for failure to comply with an order of the court.

2. Plaintiff's failure to comply with this order will result in a recommendation, without further notice, that the case be dismissed.

**DONE AND ORDERED** this 8th day of January 2021.

/s/ *Elizabeth M. Timothy*
**ELIZABETH M. TIMOTHY**
**CHIEF UNITED STATES MAGISTRATE JUDGE**