UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA

**EMPLOYMENT DISCRIMINATION COMPLAINT FOR**
**PRO SE LITIGANTS IN ACTIONS FILED UNDER**
**42 U.S.C. § 2000e, *et seq.*, (Title VII of the Civil Rights Act)**
**29 U.S.C. § 621, *et seq.*, (Age Discrimination in Employment Act); or**
**42 U.S.C. § 12112, *et seq.*, (Americans with Disabilities Act)**

Marcus I Moton

*(Write the full Name of each Plaintiff who is filing this complaint. If the names of all the Plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

v.

Skanska USA, SouthEast INC
Kelly Chevalier, Craig Moyer

*(Write the fill name of each Defendant who is being sued. If the names of all the Defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

_____/

**AMENDED COMPLAINT**

Case No.: 3:20-cv-5950-MCR-EMT
*(To be filled in by the Clerk's Office)*

Jury Trial Requested?
☒ YES  ☐ NO

FILED USDC FLND PN
FEB 8 '21 AM11:37

## I. PARTIES TO THIS COMPLAINT

A. Plaintiff

1. Plaintiff's Name: Marcus I Moton

   Address: 275 Harrison Ave

   City, State, and Zip Code: Pensacola, Fl, 32505

   Telephone: _____ (Home) 850-529-5580 (Cell)

2. Plaintiff's Name: _____

   Address: _____

   City, State, and Zip Code: _____

   Telephone: _____ (Home) _____ (Cell)

   *(Provide this information for any additional Plaintiffs in this case by attaching an additional page, as needed.)*

B. Defendant(s)

1. Defendant's Name: Kelly Chevalier

   Name of Employer *(if relevant)*: Skanska

   Address: N/A

   City, State, and Zip Code: N/A

2. Defendant's Name: Craig Moyer

Name of Employer (if relevant): Skanska

Address: N/A

City, State, and Zip Code: N/A

*(Attach a page to provide this information for any additional Defendants.)*

## II. BASIS FOR JURSIDICTION

This case is brought for discrimination in employment pursuant to:

*(Check all that apply)*

- ☐ Title VII of the Civil Rights Act of 1964, as codified, 42 U.S.C. § 2000e - § 2000e-17 *(race, color, gender, religion, national origin)* **(Note: To bring a federal lawsuit under Title VII, you must first obtain a Notice of Right to Sue letter from the Equal Employment Opportunity Commission.)**

- ☐ Age Discrimination in Employment Act of 1967, as codified, 29 U.S.C. § 621 to § 634. *(Note:* **To bring a federal lawsuit under the Age Discrimination in Employment Act, you must first file a charge with the Equal Employment Opportunity Commission.)**

- ☐ Americans with Disabilities Act of 1990 [A.D.A.], as codified, 42 U.S.C. § 12112 to § 12117. *(Note:* **To bring a federal lawsuit under the A.D.A.,**

Attached Page of other Defendant's

Defendant's Name - Sabastan

Employer - Skanska

Address - NA        City, state, and Zipcode - NA

Case 3:20-cv-05050-MCR-EMT   Document 6   Filed 02/08/21   Page 4 of 17

*you must first obtain a Notice of Right to Sue letter from the Equal Employment Opportunity Commission.)*

☐ Other Federal Law *(be specific)*: __EEOC__

☐ Relevant State Law *(specify, if known)*: _____

☐ Relevant City or County Law *(specify, if known)*: _____

## III. STATEMENT OF CLAIM

Write a short and plain statement of your claim. Do not make legal arguments or quote from cases. State the facts which show what happened, as well as where and when it happened. State how each Defendant was involved and explain what a Defendant did or did not do. Identify how each named Defendant caused you harm or violated federal law. Write each statement in numbered paragraphs, limited as far as practicable to a single event or incident. If more than one claim is asserted, number each claim, and ensure that a short and plain statement of facts supporting each claim is included in the facts alleged. Attach no more than two (2) additional pages to state your claim.

I was hired as an Labor at Skanska USA South east on

**Statement of Claim, Continued** *(Page 1 of 7)*

about February 21, 2017. I was assigned to Sabastan work team. He was my forman, stated by Craig Moyer. I was at a disavantage becaus of how Sabastan viewed me & stereotype me for being a black man. Through all the disavantages against me I continued to work hard for Skanska because I need income for myself and kids. After a couple months I felt like I should have been awared a raise due to the fact that I was doing everything that the hispanics was capable of doing (building forms, using sleg hammurs, tying steal getting measuremuts, finishing concrete mud and using power tools to build steal forms). Creig putting me on Sabastan team and him being my forman put me in disavantages because he did not go as hard for me like

page 2

like he did for his own race which are hispanics.

Hispanics was hired making top dollar with lack of experience, which was not fair to me, because as an Labor I was doing everything they were doing, all attributes before I even became a Carpenter through their OJT program. This program was also through FDOT.

I eventually went to Creig Moyer and asked about a raise because I was making $11.50 an hour. Creig stated that I needed to ask my forman (Sabastan) to come and talk to him about this, and not me. But every time I told Sabastan he would say he did talk to Creig and that Creig was in a bad mood and that he don't think he will give me a raise. So when I went back to Creig he tells me that Sabastan came but never stated about me.

After about a month in a half later I was given a two dollar raise which at this time I was excited to have, but I still though I was worth more.

A couple months after my raise they hired Superintendent Kelly Chevalier. She was the Superintendent over the Trophy bed, this is where Sabastan was also working with his crew.

During the time Kelly was Superintendent I started to get information about the OJT program. The OJT program is a program that qualify an worker with a skill after the training is completed.

After about 2 months I started to ask Kelly, Creig, and Sabastan abot the OJT program but at the time was trying to discourage me into joining the program. I remember Kelly stating that " why do I want to join the program it doesn't qualify for an raise. But even through all the discourage I still insisted on joining.

I ended up going to human resources. I talked to a lady at the front desk about the OJT program, and after about 2 weeks they gave me papers to sign up for the program. I wanted to take the welding skill for the program but Kelly said I could't because I was already on Sabastan crew which was an Carpenter crew.

Around this time I haven't seen Creig Meyer around anymore for some reason. So I asked Kelly that I should at least got a promotion to $18 an hour and told her that I'm working hard. I also told her that "I know she see me doing every thing like the hispanics". She responded with "I don't have to answer to you GET OUT MY FACE."

After this happen I was quickly removed from Sabastan Crew, and put on Ocar Crew. But the weird thing is I seen Sabastan when he was leaving and his name on his hard hat was changed to Victor.

On the day June 14, 2018 on a Stormy rainy day I took cover in a near by conex because the lighting was so close by that I was scared, and fearing that I may be strucked with the cranes, rebar and other metal around. I went in the Conex because it was the safest place.

After about 5 minutes of being in the Conex I was approached by another superintendent by the name of Rubio he is another superintendent that was over the night crew who came up to me and tried to force me to continue working in the stormy weather by geting the Vacuum Cleaner and Vacuum while it was wet and flooder everywhere. I told him Im scared to be out in this weather, so he forceded me to go home in the bad weather.

The next day on June, 15, 2018 which was a Friday, I was fired by Kelly Chevalier. She called me to her office right when the work day started. She stated that I was hiding in the Conex from the rain. I told her it was stroming and She quickly kicked me out her office. She was not trying to hear my side of the story.

I believe if I was assigned with an black forman I wouldn't of had these disavantages because a forman by the name of Larry push to get all his workers top pay after they finished there OJT program.

And with Larry standing up for his workers they succeded in getting top pay at $18 dollars an hour.

But on the other hand a worker like me on a hispanic crew with an hispanic as my forman made to possibilties of me growing in this field of work at Skanska USA South East impossible. I would of never grew in this Company, even with me completing OJT.

The Superintents at this employer have belittle me into thinking I was less important to my job, my skils and all what I put in towards the completion of the 3 mile bridge project.

A. The discriminatory conduct at issue includes *(check all that apply)*:

☐ Failure to hire

☑ Termination of employment

☑ Failure to promote

☐ Failure to accommodate disability

☐ Unequal terms and conditions of employment

☑ Retaliation

☐ Other acts *(specify)*: Working in dangerous Conditions

*(ATTENTION:  Only those grounds raised in the charge filed with the Equal Employment Opportunity Commission may be considered by the federal district court under the federal employment discrimination statutes.)*

B. The alleged discriminatory acts occurred on: June 14, 2018

   ☐ Plaintiff sought employment with Defendant on _____ or

   ☐ Was employed by Defendant from 2/21/17 until 6/15/18

C. The location where Plaintiff was employed or sought employment was:
   Address: Mc Leod St
   Under Barrancas Bridge
   City, State, and Zip Code: 32505 Pensacola, Fl

## IV. EXHAUSTION OF FEDERAL ADMINISTRATIVE REMEDIES

A. Plaintiff filed charges against Defendant with the Equal Employment Opportunity Commission or the Florida Commission on Human Rights on: June 6, 2018

B. Respondent(s) named on the charging document were: Kelly Chevalier, Creig Muyer, Sabastan, Skanska USA Southeast

(*If possible, attach a copy of the charges filed.*)

C. The Equal Employment Opportunity Commission: *(check one)*

☐ Has not issued a Notice of Right to Sue letter.

☑ Issued a Notice of Right to Sue letter which I received on 8/7/2020

*(Note: You must attach a copy of the Notice of Right to Sue letter received from the Equal Employment Opportunity Commission to this complaint.)*

D. As claimed in the Equal Employment Opportunity Commission charging document, Defendant discriminated against Plaintiff because of Plaintiff's:

☐ Gender/Sex *(please identify)* _____

☑ Race *(please identify)* Being black kept me from getting to pay

☐ Color *(please identify)* _____

☐ Religion *(please identify)* _____

☐ National origin *(please identify)* Stereotype blacks as lazy not good enough

☐ Disability/Perceived Disability *(please identify)* _____

☐ Age *(please provide your year of birth only if you asserting a claim for age discrimination)* _____

☐ Other *(please identify)* _____

E. Plaintiff:

☑ Filed charges concerning this discrimination with the Florida Commission on Human Relations on ; or

☐ Did not file.

F. If asserting a claim for age discrimination, please indicate the amount of time that has elapsed since filing your charge of age discrimination with the Equal Employment Opportunity Commission regarding the Defendant's alleged discriminatory conduct *(check one)*:

☐ 60 days ore more have elapsed.

☐ Less than 60 days have elapsed.

G. If this is a disability-related claim, did Defendant deny a request for a reasonable accommodation?   ☐ Yes   ☐ No

Explain: _____

_____

Plaintiff also requests that the Court grant the following relief to Plaintiff:

☐ Defendant be directed to employ Plaintiff

☐ Defendant be directed to re-employ Plaintiff

☐ Defendant be directed to promote Plaintiff

☐ Defendant be directed to _Sue for Compensation Back Pay, Punitive & Compensatory Damages and Emotional Distress;_

☐ Plaintiff seeks costs and fees involved in litigating this case and such other relief as may be appropriate, including attorney's fees, if applicable.

## VI. CERTIFICATION

As required by Federal Rule of Civil Procedure 11, I certify by signing below that to the best of my knowledge, information, and belief, this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a non-frivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

H. The facts as set forth above in Section III of this complaint:

☐ Are still being committed by Defendant against Plaintiff

☑ Are no longer being committed by Defendant against Plaintiff

I. Plaintiff:

☐ Still works for Defendant

☑ No longer works for Defendant

☐ Was not hired

## V. RELIEF

Briefly state what damages you are requesting and include the amounts of any actual damages claimed and the basis for these amounts. Include any punitive or exemplary damages requested and state the reasons you believe you are entitled to such damages:

✓ Back Pay - $34,320 - from the time I was fired till today.

Punitive Damages

✓ Compensatory Damages - $50,000

✓ Emotional Distress - $12,000

✱ Back pay - is calculated $20 an hour - $14.50 an hour from the day I was fired.

✱ Compensatory - is for the dishonesty and putting the hispanics at top pay and African Americans with lowest pay.

✱ Emotional Distress - is for the neglect on Me during the stormy weather and still tried to make me work, then later fired for taking cover.

I agree to timely notify the Clerk's Office if there is any change to my mailing address. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date: 2/8/21   Plaintiff's Signature: _Marcus Moton_

Printed Name of Plaintiff: Marcus I Moton

Address: 275 Harrison Ave

E-Mail Address: Marcusgoals4@gmail.com

Telephone Number: 850-529-5580