UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

MARCUS MOTON,
    Plaintiff,

vs.                                          Case No.: 3:20cv5950/MCR/EMT

SKANSKA USA CIVIL
SOUTHEAST, INC.,
    Defendant.
_____/

## ORDER

Plaintiff, proceeding pro se and in forma pauperis, filed an employment discrimination complaint pursuant to 42 U.S.C. § 2000e, et seq. (Title VII of the Civil Rights Act) (ECF No. 1). On December 3, 2020, the undersigned entered an order pointing out deficiencies in Plaintiff's complaint, directing the clerk of court to send Plaintiff a court-approved employment discrimination complaint form, and allowing Plaintiff thirty days in which to file an amended complaint (ECF No. 4). Plaintiff filed an amended complaint; however, it suffers from the same deficiencies as the initial complaint (*see* ECF No. 6).

In the amended complaint, Plaintiff names Skanska USA Southeast, Inc., Kelly Chevalier, Craig Moyer, and Sabastian, a Skanska employee, as Defendants. As the undersigned previously advised, Plaintiff should name as Defendant only the party named in the EEOC charge—Skanska USA Civil Southeast, as claims against

any other party may be subject to dismissal for failure to exhaust administrative remedies prior to filing the action. *See Jackson v. Seaboard Coast Line R. Co.*, 678 F.2d 992, 999–1000 (11th Cir. 1982) ("Before instituting a Title VII suit in federal district court, a private plaintiff must file an EEOC complaint against the discriminating party within 180 days of the alleged discrimination and must receive statutory notice of the right to sue the respondent named in the charge."). Plaintiff also must attach a copy of the Notice of Rights to Sue to any complaint he files.[1] Finally, as in the prior complaint, Plaintiff failed to provide an address for any named Defendant (*see* ECF Nos 1, 6). As the undersigned also previously advised, without an address, no Defendant can be served. Plaintiff will be required to correct these deficiencies by filing a second amended complaint.

If Plaintiff wishes to proceed with the action, he must completely fill out a new complaint form, marking it "Second Amended Complaint." Plaintiff must limit his allegations to claims related to the same basic incident or issue and name as Defendant only the party named in the EEOC charge. Plaintiff must place Defendant's name in the style of the case on the first page of the complaint form and

---

[1] Plaintiff must attach a copy of the Notice to any amended complaint filed in this case, even if he attached a copy of the Notice to his original complaint. This is because an "amended complaint must contain all of his allegations"—that is, it must be complete in and of itself, without incorporating by reference or otherwise any part of a prior complaint—as Plaintiff was previously advised (*see* ECF No. 4).

Case No.: 3:20cv5950/MCR/EMT

include Defendant's address in the "Parties" section of the form.   Plaintiff is advised that the amended complaint must contain all of his allegations because matters not set forth in an amended pleading are deemed to have been abandoned. N. D. Fla. Loc. R. 15.1.

Accordingly, it is **ORDERED**:

1.   The clerk of court is directed to forward Plaintiff an employment discrimination complaint form for use by non-prisoners in the Northern District of Florida.   This case number should be written on the form.

2.   Within **thirty days** of the date of this order, Plaintiff must file an amended complaint, which must be typed or clearly written, submitted on the court form, titled "Second Amended Complaint," and signed by Plaintiff.   Plaintiff also must attach a copy of his right to sue letter.

3.   Plaintiff's failure to file an amended complaint as instructed in this order may result in a recommendation that this action be dismissed for failure to comply with an order of the court.

**DONE AND ORDERED** this 16th day of February 2021.

/s/ *Elizabeth M. Timothy*
**ELIZABETH M. TIMOTHY**
**CHIEF UNITED STATES MAGISTRATE JUDGE**

Case No.: 3:20cv5950/MCR/EMT