UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

MARCUS MOTON,
    Plaintiff,

vs.                                                      Case No.: 3:20cv5950/MCR/EMT

SKANSKA USA CIVIL
SOUTHEAST, INC.,
    Defendant.
_____/

## **ORDER**

    The chief magistrate judge issued a Report and Recommendation on January 11, 2022 (ECF No. 18). The court provided the parties a copy of the Report and Recommendation and afforded the parties an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). There have been no timely filed objections.

    Having considered the Report and Recommendation and the record, I have determined the Report and Recommendation should be adopted.

    Accordingly, it is now **ORDERED** as follows:

    1.    The chief magistrate judge's Report and Recommendation (ECF No. 18) is adopted and incorporated by reference in this order.

    1.    Skanska USA Civil Southeast, Inc.'s Motion to Dismiss (ECF No. 14)

is **GRANTED**, and this action is **DISMISSED with prejudice**.

    3.    The clerk of court is directed to enter judgment in accordance with this order and close the case.

    **DONE AND ORDERED** this 25th day of February 2022.

*M. Casey Rodgers*
**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**